UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No.  8:14-bk-02704-KRM
Chapter   7

Lawrence E. Pendarvis
Florena O. Pendarvis,
    Debtors.
_____/

UNITED STATES TRUSTEE'S
MOTION TO DISMISS CASE AS TO
LAWRENCE E. PENDARVIS WITH PREJUDICE

COMES NOW Guy G. Gebhardt, Acting United States Trustee for Region 21, by and through his duly authorized Trial Attorney, and moves pursuant to 11 U.S.C. § 707(a) and 105(a) for dismissal of the Debtor, Lawrence E. Pendarvis, with prejudice for a period of one (1) year, and states as follows:

1. The Debtors first met with Debtors' Counsel on or about June 11, 2012.

2. The Debtors entered into the fee agreement with Debtors' Counsel on or about July 6, 2012.

3. The Debtor paid Debtors' Counsel $1,840.00 on July 10, 2012.

4. The Debtor, Lawrence E. Pendarvis, did not execute the Voluntary Petition.

5. Debtors' Counsel, on March 12, 2014, filed the Voluntary Petition thereby commencing the above captioned chapter 7 case under title 11.

6. Bankr. L.R. 9011-4 requires all documents to be signed.

7. Fed. R. Bankr. P. 1008 requires that all documents be verified or contain an unsworn declaration as provided in 28 U.S.C. § 1746, which requires a fully executed written and dated signature.

8. The Debtor, Lawrence E. Pendarvis is not eligible to be a debtor in this case in accordance with 11 U.S.C. § 109(h). The Debtor obtained pre-petition credit counseling on July 26, 2013, more than 180 days prior to the date upon which the bankruptcy petition was filed.

9. The Debtor, Lawrence E. Pendarvis, has not complied with his duties under Fed. R. Bankr. P. 4002 in that Mr. Pendarvis does not reside at 1004 Briarwood Road, Brandon, Florida due to his incarceration outside of the United States of America.

10. On or about December 15, 2012, Mr. Pendarvis was involved in a motor vehicle accident.

11. On or about November 25, 2013, two individuals, Carlos Coll and Marta Rodriguez-Luis, involved in the December 15, 2012 accident filed suit against Mr. Pendarvis. *Coll, et al v. Pendarvis*, 13-CA-014414.

12. The Debtor did not schedule Carlos Coll as a creditor on his Schedule F.

13. The Debtor did not schedule Marta Rodriguez-Luis as a creditor on his Schedule F.

14. The Debtor did not provide notice scheduling to Matthew S. Przybycin, state court counsel to Mr. Coll and Ms. Rodriguez-Luis, on his Schedule F.

15. The Debtor did not list Ms. Rodriguez-Luis or Messrs. Coll or Przybycin on his creditor matrix.

16. The Debtor did not attend and submit to an examination under oath at the meeting of creditors convened in this bankruptcy case.

WHEREFORE PREMISES CONSIDERED, the United States Trustee respectfully prays that this Honorable Court dismiss the Debtor, Lawrence E. Pendarvis, with prejudice for a period of one (1) year, and for such other and additional relief as this Honorable Court determines appropriate.

Dated: 12 June 2014

                Respectfully submitted,

                GUY G. GEBHARDT
                Acting United States Trustee, Region 21

By:   /s/ J. Steven Wilkes (Ala. Bar. No. WIL-278)
       J. Steven Wilkes
       Trial Attorney
       U.S. Department of Justice
       Office of the United States Trustee, Region 21
       501 E. Polk Street, Suite 1200
       Tampa, FL  33602
       (813)228-2000 / fax (813)228-2303
       steven.wilkes@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically and/or by United States Mail, to the following on or before 12 June 2014:

Lawrence E. Pendarvis
1004 Briarwood Road
Brandon, FL 33511

Florena O. Pendarvis
122 West Anglewood Drive
Brandon, FL 33511

Electronic mail:    Thomas P. Gill, Jr., Debtors' Counsel
                        Carolyn R. Chaney, Chapter 7 Trustee

                /s/ J. Steven Wilkes
                Trial Attorney